IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MORRIS JEROME CLARINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | CIVIL ACTION NO. 5:12-CV-38 (HL) |
| VICTOR L. WALKER, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendant. | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER

Plaintiff **MORRIS JEROME CLARINGTON**, a prisoner at Coffee Correctional Facility in Nicholls, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 in which he showed Victor L. Walker as the only named Defendant. (ECF No. 1).

Plaintiff submitted an incomplete and unsigned 42 U.S.C. § 1983 form. Plaintiff must complete the enclosed 42 U.S.C. § 1983 form. When completing this form, Plaintiff must tell the Court, as briefly and succinctly as possible, how and when Victor L. Walker allegedly violated his constitutional rights. Plaintiff should be aware that the Court will not process a complaint that has not been signed by the party bringing the action. After Plaintiff completes the attached 42 U.S.C. § 1983 form, he must sign and date it.

Finally, Plaintiff requested leave to proceed without prepayment of the $350.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). However, Plaintiff did not submit a certified copy of his trust fund account statement. Plaintiff must submit an account certification that has been signed by an authorized officer at Coffee Correctional Facility and attach copy of his trust fund account statement showing transactions for the previous six months.

Plaintiff has **TWENTY-ONE (21)** days from the date shown on this Order to comply and failure to do so will result in the dismissal of Plaintiff's complaint. Failure to comply with this

Order or otherwise respond explaining an inability to comply may result in the accrual of a strike for purposes of 28 U.S.C. § 1915(g).

The Clerk of Court is **DIRECTED** to forward the appropriate §1983 form, account certificate (with the civil action number on them), and copy of this Order to Plaintiff. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 1st day of February, 2012.


S/STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE