IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MORRIS JEROME CLARINGTON, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:12-CV-38 (HL) |
| VICTOR L. WALKER, | : | |
| Defendant | : | **ORDER** |

On January 30, 2011, Plaintiff **MORRIS JEROME CLARINGTON**, an inmate at Coffee Correctional Facility in Nicholls, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  Plaintiff also sought leave to proceed *in forma pauperis*.

The standard 42 U.S.C. § 1983 form submitted by Plaintiff was missing several pages and provided no details regarding how and when the named Defendant allegedly violated his constitutional rights.  Additionally, Plaintiff failed to submit a certified copy of his prisoner trust fund account statement.  (ECF No. 1-2).

Therefore, on February 1, 2012, the Court provided Plaintiff with a new § 1983 form and ordered him to complete the form and provide the Court with information regarding how and when Victor L. Walker violated his constitutional rights.  The Court also ordered Plaintiff to submit a copy of his trust fund account statement for the previous six months.  The Court gave Plaintiff twenty-one (21) days to submit the requested documents and information.  The Court informed Plaintiff that failure to comply with the Order would result is dismissal of his complaint.  (ECF No. 5).

Plaintiff failed to respond to the February 1, 2012 Order.

Because of his failure to comply with the Court's instructions, Plaintiff's action is hereby

**DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**, this 8th day of March, 2012.


                              *s/ Hugh Lawson*
                              HUGH LAWSON
                              UNITED STATES DISTRICT JUDGE

lnb